[No. 2279.]

## J. H. BUDD and W. L. DUDLEY v. DRAIS and DRAIS.

STATEMENT ON MOTION FOR A NEW TRIAL.—A statement on motion for a new trial should be settled or agreed to by the parties, and should contain specifications of the grounds upon which the moving party will rely.

APPEAL from the District Court, Fifth Judicial District, County of San Joaquin.

The plaintiffs are attorneys at law, and brought an action to recover for legal services rendered for the defendants, who were husband and wife, and recovered judgment. The case was decided in 1870, when Mr. Justice Temple was on the bench, and is now reported, because referred to in the case of *Drais* v. *Hogan, post,* p. 121. The plaintiffs appealed from an order granting a new trial.

The facts are stated in the opinion.

By the Court, TEMPLE, J.:

The District Court granted a new trial, but the record does not show that a motion for new trial was ever made, nor is there an agreed or settled statement on such motion, or any affidavits, as required by the Practice Act. The transcript contains what purports to be a statement on motion for a new trial, but it is neither settled nor agreed to, nor does it contain any specifications whatever of the grounds upon which the moving party relies. The statement should have been disregarded for both reasons given.

The order granting a new trial is reversed, and cause remanded.